IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF TEXAS
__Lufkin__ DIVISION

__Cary Dale Allen   1830286__
Plaintiff's name and ID Number

__Diboll Correctional Center__
Place of Confinement

V.

__Bryan Collier TDCJ Director__
Defendant's name and address

CASE NO. __6:18CV128 RWS/JDL__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, __Cary Allen__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?      Yes ☐   No ☒
   b. Rent payments, interest or dividends?              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
   d. Gifts or inheritances?                             Yes ☐   No ☒
   e. Family or friends?                                 Yes ☒   No ☐
   f. Any other sources?                                 Yes ☐   No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __Connie Allen (mother)  Approx $100 per month__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☐      No ☒

   If you answered **YES** to any of the questions above, state the total value of the items owned.

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐     No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____


I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).


Signed this the 12 day of March, 2018.

[signature]                              1830286
Signature of Plaintiff                     ID Number


**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE           03/12/18
DO21/CS00077              IN-FORMA-PAUPERIS DATA                    09:44:56
TDCJ#: 01830286 SID#: 03331119 LOCATION: DIBOLL PRIV     INDIGENT DTE:
NAME: ALLEN,CAREY DALE                   BEGINNING PERIOD: 09/01/17
PREVIOUS TDCJ NUMBERS: 00835766 01381947
CURRENT BAL:       137.31 TOT HOLD AMT:         0.00 3MTH TOT DEP:     335.00
6MTH DEP:          795.00 6MTH AVG BAL:       205.75 6MTH AVG DEP:     132.50
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
02/18    286.37          110.00         11/17    274.07          115.00
01/18    268.82          110.00         10/17    273.82          230.00
12/17    273.87          115.00         09/17    273.80          115.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF Angelina
ON THIS THE 12th DAY OF March 2018, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



SHANNA COWART
Notary ID #129667421
My Commission Expires
January 31, 2022