# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

### MAGISTRATE REFERRAL

CIVIL ACTION NO. 6:18CV128

CARY DALE ALLEN

v.

DIRECTOR, TDCJ-CID

Pursuant to a Standing Order, certain civil suits are referred at the time of the filing equally among magistrate judges.   Therefore, the above-entitled action has been referred to:

Magistrate Judge   JOHN D LOVE