CASREF,CLOSED,HABEAS

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:18−cv−00128−RWS−JDL

| | |
|---|---|
| Allen v. Director, TDCJ−CID | Date Filed: 03/16/2018 |
| Assigned to: District Judge Robert W. Schroeder, III | Date Terminated: 03/19/2018 |
| Referred to: Magistrate Judge John D. Love | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Cary Dale Allen**  represented by  **Cary Dale Allen**
01830286
Diboll Unit
1604 South First Street
Diboll, TX 75941
PRO SE

V.

**Respondent**

**Director, TDCJ−CID**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2018 | 1 | PETITION for Writ of Habeas Corpus, filed by Cary Dale Allen. (Attachments: # 1 Memorandum in Support, # 2 Exhibits)(mll, ) (Entered: 03/16/2018) |
| 03/16/2018 | 2 | MOTION for Leave to Proceed in forma pauperis by Cary Dale Allen. (mll, ) (Entered: 03/16/2018) |
| 03/16/2018 | 3 | CASE REFERRED to Magistrate Judge John D Love. (mll, ) (Entered: 03/16/2018) |
| 03/16/2018 |  | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. MAILED Consent Form to petr. (mll, ) (Entered: 03/16/2018) |
| 03/19/2018 | 4 | ORDER OF TRANSFER. The above−styled application for the writ of habeas corpus is TRANSFERRED forthwith to the U.S. District Court for the Western District of Texas, Midland−Odessa Division, for such other and further proceedings as that Court deems appropriate. Signed by Magistrate Judge John D. Love on 03/19/18. (mll, ) (Entered: 03/20/2018) |
| 03/19/2018 |  | Interdistrict transfer to the Western District of Texas Midland−Odessa Division. (mll, ) (Entered: 03/20/2018) |